FILED'08 JUL 22 16:37 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**STANLEY EVERIST,**

        **Petitioner,**

vs.

**BRIAN BELLEQUE,**

        **Respondent.**

CV No. 07-876 PA

**ORDER DISMISSING HABEAS CORPUS PETITION**

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed.

IT IS SO ORDERED this _22_ day of _July_, 2008.

/s/ Owen M. Panner
The Honorable Owen M. Panner
United States District Court Judge

Submitted by:

/s/ Anthony D. Bornstein
Anthony D. Bornstein
Attorney for Petitioner

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION